ACCEPTED
03-14-00720-CV
4594412
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 9:54:08 AM
JEFFREY D. KYLE
CLERK

## NO. 10-13911

| | |
|---|---|
| IN THE INTEREST OF | § IN THE COUNTY COURT AT LAW |
| | § |
| A.N.Y. | § |
| | § |
| A CHILD | § BASTROP COUNTY, TEXAS |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 9:54:08 AM
JEFFREY D. KYLE
Clerk

### SUPPLEMENTAL DESIGNATION OF CLERK'S RECORD

TO THE CLERK OF THE COURT:

Stephanie Marie Young requests the clerk of the Court to prepare a record of these proceedings, including all matters required by rule 34.5(a) of the Texas Rules of Appellate Procedure and specifically including the following documents:

1.    Order for Psychological Evaluations and Custody Recommendation filed on June 10, 2013,

2.    Motion to Enter Order of Enforcement by Contempt and Suspension of Commitment filed on November 5, 2013,

3.    Motion to Enter Order on Motion to Compel Discovery and for Sanctions filed on November 5, 2013, and

4.    Motion to Enter Order of Enforcement by Contempt filed on May 28, 2014.

Respectfully submitted,

ANDERSON & ANDERSON LAW FIRM, P.C.
710 Water Street
Bastrop, TX 78602
Tel: (512) 581-9099
Fax: (512) 321-9009

By:_____
Kathleen M. Anderson
State Bar No. 00789122
andersonandandersonlawfirm@gmail.com
Attorney for Respondent

Filed 9:38A___m

MAR 2 3 2015

Sarah Loucks
District Clerk, Bastrop County

Supplemental Designation of Clerk's Record - Page 1

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on March 23, 2015.

_____
Kathleen M. Anderson
Attorney for Respondent